NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD A. BRINSKELE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee..*

---

2010-5015

---

Appeal from the United States Court of Federal Claims in Case No. 02-CV-911, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

WILLIAM E. TAGGART, JR., Taggart and Hawkins, of Oakland, California, argued for plaintiff-appellant.

ELLEN PAGE DELSOLE, Attorney, Tax Division, Appellate Section, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were JOHN A. DICICCO, Acting Assistant Attorney General, and TERESA E. MCLAUGHLIN, Attorney.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and BRYSON, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 18, 2010      /s/ Jan Horbaly
Date      Jan Horbaly
      Clerk